English

ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

SLIPKNOT.COM

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** SLIPKNOT.COM

**Registry Domain ID:** 57830702_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
LUNLUN.NS.GIANTPANDA.COM
YANGYANG.NS.GIANTPANDA.COM

## Dates

**Registry Expiration:** 2026-02-05 11:31:50 UTC

**Updated:** 2025-05-30 19:25:51 UTC

EXHIBIT A

Created: 2001-02-05 11:31:50 UTC

# Contact Information

## Administrative:

**Name:** Domain Administrator

**Organization:** Slipknot Online Services, Ltd.

**Email:** administration@corporatemailservice.com

**Status:** active

**Phone:** tel:+345.3459290090

**Kind:** individual

**Mailing Address:** PO Box No 11463, Grand Cayman, KY1-1009

**ISO-3166 Code:** KY

## Technical:

**Name:** Domain Administrator

**Organization:** Slipknot Online Services, Ltd.

**Email:** administration@corporatemailservice.com

**Status:** active

**Phone:** tel:+345.3459290090

**Kind:** individual

**Mailing Address:** PO Box No 11463, Grand Cayman, KY1-1009

**ISO-3166 Code:** KY

## Registrant:

**Name:** Domain Administrator

**Organization:** REDACTED FOR PRIVACY

**Email:** administration@corporatemailservice.com

**Status:** active

EXHIBIT A

**Phone:** tel:+345.3459290090

**Kind:** individual

**Mailing Address:** PO Box No 11463, Grand Cayman, KY1-1009

**ISO-3166 Code:** KY

## Registrar Information

**Name:** PDR Ltd. d/b/a PublicDomainRegistry.com

**IANA ID:** 303

**Abuse contact email:** abuse-contact@publicdomainregistry.com

**Abuse contact phone:** tel:+1.2013775952

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/SLIPKNOT.COM (https://rdap.verisign.com/com/v1/domain/SLIPKNOT.COM)

**Last updated from Registry RDAP DB:** 2025-10-15T19:12:48Z

**Registrar Server URL:** https://rdapserver.net/domain/SLIPKNOT.COM (https://rdapserver.net/domain/SLIPKNOT.COM)

**Last updated from Registrar RDAP DB:** 2025-10-15T19:12:48Z

## Notices and Remarks

### Notices:

**Data Policy**

The contact information for one or more entities associated with this domain has been redacted in accordance with the entity's disclosure preferences.

**Terms of Use**

EXHIBIT A

URL for Terms of Use https://rdapserver.net/terms-of-use/

https://rdapserver.net/terms-of-use/ (https://rdapserver.net/terms-of-use/)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

Youtube (https://www.youtube.com/icannnews)    Twitter (https://www.twitter.com/icann)    Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann)    Facebook (https://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)    Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE CONTACT US ACCOUNTABILITY AND TRANSPARENCY    GOVERNANCE HELP DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.    Privacy Policy (https://www.icann.org/privacy/policy)    Terms of Service (https://www.icann.org/privacy/tos)    Cookies Policy (https://www.icann.org/privacy/cookies)



EXHIBIT A