# slipknot.com

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | slipknot.com |
| Registered On: | 2001-02-05 |
| Expires On: | 2026-02-05 |
| Updated On: | 2025-05-30 |
| Status: | client transfer prohibited |
| Name Servers: | lunlun.ns.giantpanda.com<br>yangyang.ns.giantpanda.com |

## Registrar Information

| | |
|---|---|
| Registrar: | PDR Ltd. d/b/a PublicDomainRegistry.com |
| IANA ID: | 303 |
| Abuse Email: | abuse-contact@publicdomainregistry.com |
| Abuse Phone: | +1.2013775952 |

## Registrant Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Street: | PO Box No 11463 |
| City: | Grand Cayman |
| Postal Code: | KY1-1009 |
| Country: | KY |
| Phone: | +345.3459290090 |

EXHIBIT B

| Email: | administration@corporatemailservice.com |

## Administrative Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Organization: | Slipknot Online Services, Ltd. |
| Street: | PO Box No 11463 |
| City: | Grand Cayman |
| Postal Code: | KY1-1009 |
| Country: | KY |
| Phone: | +345.3459290090 |
| Email: | administration@corporatemailservice.com |

## Technical Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Organization: | Slipknot Online Services, Ltd. |
| Street: | PO Box No 11463 |
| City: | Grand Cayman |
| Postal Code: | KY1-1009 |
| Country: | KY |
| Phone: | +345.3459290090 |
| Email: | administration@corporatemailservice.com |

Interested in similar domains?

| slipknotonline.com | Buy Now |
| myslipknot.com | Buy Now |

EXHIBIT B

| newslipknot.com | Buy Now |
| --- | --- |
| slipknotdesign.com | Buy Now |
| slipknotonline.net | Buy Now |
| slipknotgroup.net | Buy Now |



**On Sale!**



**.SHOP @ $1.98** ~~$46.88~~



### related domain names

verisign.com    rdapserver.net    publicdomainregistry.com    giantpanda.com    icann.org

corporatemailservice.com

Copyright © Whois.com. All rights reserved

Privacy | Terms

**EXHIBIT B**