UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SLIPKNOT, INC., | ) |
| *Plaintiff,* | ) ) ) |
| v. | )  No. 1:25-cv-01777-PTG-WEF |
| SLIPKNOT.COM, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Slipknot, Inc., voluntarily dismisses this action *without prejudice*. Defendant has not filed an answer or a motion for summary judgment.[1]

Dated:  January 21, 2026.    By: */s/ Craig C. Reilly*
        Craig C. Reilly, Esq.
        VSB # 20942
        429 North Saint Asaph Street
        Alexandria, VA 22314
        T: (703) 549-5354
        F: (703) 549-5355
        E: craig.reilly@ccreillylaw.com

---

[1] The defendant in this cybersquatting case is the domain name <slipknot.com>. The putative registrant of that domain name has made a purported "special appearance" seeking to have the action dismissed for failure to effect service under Rule 4(m). ECF No. 9. That motion is neither an "answer," as defined by Rule 7(a)(2), nor a "motion for summary judgment," as defined by Rule 56(a). Thus, the registrant's filing of that motion does not prevent this voluntary dismissal by Plaintiff on notice.

Jessica H. Zafonte
**CHIESA SHAHINIAN & GIANTOMASI PC**
11 Times Square, 34 Floor
New York, NY 10036
212.324.7278
jzafonte@csglaw.com

*Attorneys for Plaintiff*